In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-24-00192-CV
_____

## BELMONT FRANKLIN GROUP, LLC AND SHANDRA CHAMPAGNE, Appellant

## V.

## HANNAH WEAVER, Appellee

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-02-02468-CV**

## MEMORANDUM OPINION

On May 23, 2024, Belmont Franklin Group, LLC and Shandra Champagne filed a notice of appeal from a judgment of the 457th District Court, signed on April 23, 2024. On June 24, 2024, the District Clerk notified the Court that the appellants had failed to pay or to make the arrangements necessary for the District Clerk to prepare the clerk's record. Consequently, we notified the parties that the appellants had not established indigent status and that the clerk's record had not been filed due

1

to the appellants' failure to pay or to arrange to pay the fee required to prepare the clerk's record. We also warned the appellants that the appeal would be dismissed for want of prosecution unless the appellants established that they had made the arrangements required to pay the fee or that they needed more time to do so. *See* Tex. R. App. P. 37.3(b). After the Clerk sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response.

In the absence of a satisfactory explanation that justifies the appellants' failure to pay or make the arrangements needed to pay for the clerk's record to support their appeal, we dismiss the appeal for want of prosecution. *See id*. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 28, 2024
Opinion Delivered August 29, 2024

Before Golemon, C.J., Johnson and Chambers, JJ.

2